IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| COMONITI THOMAS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CITY OF PHILADELPHIA, ET AL. | : | NO. 10-2294 |

**ORDER**

**AND NOW**, this 31st day of May, 2011, upon consideration of Plaintiff's Motion for Relief pursuant to Federal Rule of Civil Procedure 60(b), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:


/s/ John R. Padova
_____
John R. Padova, J.